

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

October 2004 Grand Jury

| UNITED STATES OF AMERICA, | ) | SA CR 05-155 |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | [18 U.S.C. § 2252A(a)(2)(A): Distribution of Child Pornography; 18 U.S.C. § 2252A(a)(5)(B): Possession of Child Pornography] |
| JOHN HAROLD SCOBEY, JR., | ) | |
| Defendant. | ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2252A(a)(2)(A)]

On or about February 19, 2004, in Orange County, within the Central District of California, defendant JOHN HAROLD SCOBEY, JR. knowingly distributed one or more images of child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and 2256(8)(C), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

\\

ACG:acg





## COUNT TWO

[18 U.S.C. § 2252A(a)(5)(B)]

On or about June 16, 2004, in Orange County, within the Central District of California, defendant JOHN HAROLD SCOBEY, JR. knowingly possessed a Compaq Presario personal computer, containing a Seagate brand hard drive, serial number 3J82FED8, that contained more than one image of child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and 2256(8)(C), which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and that were produced using materials that were so shipped and transported, by any means, including by computer, knowing that the images were child pornography.

A TRUE BILL

_____
Foreperson

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

WAYNE R. GROSS
Assistant United States Attorney
Chief, Southern Division