ORIGINAL

# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA

v.                                                          SUMMONS IN A CRIMINAL CASE

JOHN HAROLD SCOBEY, JR.

CASE NUMBER: SA CR 05-155

TO:   JOHN HAROLD SCOBEY, JR.
      13119 Casa Linda Lane, #B
      Garden Grove, CA 92844

FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

☒ YOU ARE HEREBY COMMANDED to appear before the United States District Court at the place, date and time set forth below.

| Place:: Ronald Reagan Federal Building and U.S. Courthouse<br>411 West Fourth Street<br>Santa Ana, California 92701 | Room: 6A/ 6B<br>(6th Floor) |
|---|---|
| Before:: MAGISTRATE JUDGE _____ | Date: September 6, 2005<br>Time: 10:00 a.m. (INDICTMENT) |

To answer a(n):

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of : Title 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(a)(5)(B)

Brief description of offense: Distribution of Child Pornography and Possession of Child Pornography

_/s/ M. Tran_____ on ____JUL 14 2005____
Signature of Issuing Officer                                    Date

MARYANN TRAN
_____, Deputy Clerk - U.S. District Court
Name & Title of Issuing Officer

## RETURN

This summons was received by me at _13119 Casa Linda Ln #B Garden Grove_ on _7/21/2005_.

JOHN HAROLD SCOBEY, JR.
13119 Casa Linda Lane, #B
Garden Grove, CA 92844

_/s/_____          AUG - 4
Defendant

ACG
ACG: sia
AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1] <br> Date: |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:_____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.

Name of person with whom the summons was left:_____

☐ Returned unexecuted:_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on:_____
                    Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

---

[1] As to whom may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.