**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

(___ Amended _____)

Case No.    SACR 05-00155-CJC                                          Date    February 25, 2008

Present: The Honorable    CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Maria Dellaneve | Anne Gannon |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|
| John Harold Scobey, Jr., akas: John Scobey, John Harold Scobey | Robert Hartmann | X | | | None |

**PROCEEDINGS:**          **SENTENCING AND JUDGMENT**

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.          _X_ Refer to separate Judgment Order.

___ Imprisonment for ___years/months___ on each of counts _____

___ Count(s) _____ concurrent/consecutive to count(s) _____

___ Fine of _$_____ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

___ Confined in jail-type institution for _____ to be served on consecutive days/weekends

      commencing _____

___ years/months Supervised Release/Probation imposed on count(s) _____

consecutive/concurrent to count(s) _____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform _____ hours of community service.

___ Serve _____ in a CCC/CTC.

___ Pay _$_____ fine amounts & times determined by P/O.

___ Make _$_____ restitution in amounts & times determined by P/O.

___ Participate in a program for treatment of narcotic/alcohol addiction.

___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

___ Other conditions: _____

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant does not have the ability to pay.

                                                      per count, special assessment to the United States for a total

___ Pay _$_____ of                                                      $_____

___ Imprisonment for ___months/years___ and for a study pursuant to 18 USC _____

with results to be furnished to the Court within ___days/months___ whereupon the sentence shall be subject to modification.  This matter is set for further hearing on _____

_X_ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

_X_ Defendant informed of right to appeal.

___ ORDER sentencing transcript for Sentencing Commission.          ___ Processed statement of reasons.

___ Bond exonerated _____ upon surrender          ___ upon service of _____

___ Execution of sentence is stayed until 12 noon, _____

at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Remand/Release          # _____

___ Present bond to continue as bond on appeal.          ___ Appeal bond set at _$_____

___ Filed and distributed judgment.  ENTERED.

___ Other _____

                                                                              : ___44___

                              Initials of Deputy Clerk _MU_____

cc: