HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
AMY M. KARLIN (Bar No. 150016)
(E-Mail: amy_karlin@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
JOHN HAROLD SCOBEY, JR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN HAROLD SCOBEY, JR,<br><br>  Defendant. | Case No. SA CR 05-155-CJC<br><br>**NOTICE OF REASSIGNMENT** |

Notice is hereby given that the above-entitled case has been reassigned to Deputy Federal Public Defender Amy M. Karlin, in place and stead of Robert Mark Hartmann, Esquire, for all further proceedings.

Please make all necessary changes to the court's Case Management/Electronic Case Filing System to accurately reflect this re-assignment and to ensure that defense counsel receives all notifications relating to filings in this case.

                                Respectfully submitted,

                                HILARY POTASHNER
                                Federal Public Defender

DATED: July 15, 2016        By  /s/ Amy M. Karlin
                                AMY M. KARLIN
                                Deputy Federal Public Defender