## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: Melissa Kunig
Deputy Clerk

Date: July 7, 2016

**SUBJECT: REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| John Harold Scobey | SACR05-00155-CJC | 29193-112 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* ROBERT HARMAN |
|---|---|
| N/A | TELEPHONE NO.: 714-543-2266 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on August 1, 2016 at 9:00 a.m. A citation will be issued to the offender.

Interpreter Needed?  ☐ Yes   ☒ No         Language Type: _____

VIKKI MONTANO, 714-338-2932                 CHRISTINA QUAN, 714-338-2905
U. S. PROBATION OFFICER                     SUPERVISING PROBATION OFFICER

**FAX NO.**

*Routing of Request:*   Orig. To Clerk's Office        *Copies to:*   U. S. Attorney (Chief, Criminal Division)
                                                                     Federal Public Defender (Chief Deputy)

---

### FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable Cormac J. Carney, United States District Judge on **Monday, August 29, 2016 at 9:00 a.m. in Courtroom No. 9B**.

CLERK, U. S. DISTRICT COURT

Date  July 22, 2016                         By  M. Kunig
                                                Deputy Clerk

*Routing on Notice by Clerk:*   Original -   Court File                                       ☒
                                cc:          U. S. Probation Officer                          ☒
                                             U. S. Attorney, Attn: Chief, Criminal Division   ☒
                                             Defense Attorney                                 ☒
                                             Federal Public Defender, Attn: Chief Deputy      ☒
                                             U. S. Marshal (Warrant Cases only)               ☐
                                             Interpreter Section, Clerk's Office (When needed) ☐

SUP 216
1/10/07